# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. |
| | : | |
| | : | |
| **KEVIN CLARDY,** | : | VIOLATION: |
| | : | 18 U.S.C. § 1752(a)(2) |
| Defendant. | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **KEVIN CLARDY** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                D.C. Bar No. 481052

By:    */s/ Joseph Huynh*
        JOSEPH HUYNH
        Attorney, detailed to the
        United States Attorney's Office for the
        District of Columbia
        555 Fourth Street, N.W.
        Washington, DC 20530